## Alexander et al. *v.* Knight, Appellant.

Argued December 11, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

80

Before WATERS, J.

*Charles L. Ford,* with him *Max E. Cohen,* for appellant.

*Romolo J. DiCintio,* with him *Edward W. Furia,* and *Furia & DiCintio,* for appellees.

Opinion Per Curiam, January 16, 1962:
The order of the Court of Common Pleas No. 3 of Philadelphia County is affirmed on the opinion of Judge Charles A. Waters for the court below, reported at 25 Pa. D. & C. 2d 649.